# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF NEW YORK

# ROCHESTER DIVISION

| | |
|---|---|
| AMY COMFORT, *on behalf of herself and others similarly situated*,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RICOLA USA, INC.,<br><br>　　　　　　Defendant. | No. 6:19-cv-06089-CJS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON DEFENDANT RICOLA USA, INC.'S MOTION TO DISMISS PLAINTIFF AMY COMFORT'S CLASS ACTION COMPLAINT** |

Plaintiff Amy Comfort ("Plaintiff") and Defendant Ricola USA, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on February 1, 2019, Plaintiff filed the Complaint in the above-captioned action, Compl., ECF No. 1;

WHEREAS, on April 29, 2019, Defendant filed a motion to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion to Dismiss") and stated an intent to file reply papers, Notice Mot., ECF No. 5;

WHEREAS, pursuant to Rule 7(b)(2)(B) of the Local Rules of Civil Procedure, the briefing schedule on the Motion to Dismiss is currently as follows:

   Opposition papers are due     May 13, 2019

   Reply papers are due      May 20, 2019

WHEREAS, the parties have met and conferred and have agreed to the following briefing schedule for the Motion to Dismiss:

   Opposition papers are due     May 30, 2019

   Reply papers are due      June 13, 2019

1

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the Court's approval, that the briefing schedule for Defendant's Motion to Dismiss will be the following:

| | |
|---|---|
| Opposition papers are due | May 30, 2019 |
| Reply papers are due | June 13, 2019 |

Date: May 9, 2019				**REESE LLP**

By: _/s/ Michael R. Reese_
Michael R. Reese
*mreese@reesellp.com*
George V. Granade
*ggranade@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

**THE SULTZER LAW GROUP**
Jason P. Sultzer
*sultzerj@thesultzerlawgroup.com*
85 Civic Center Plaza, Suite 104
Poughkeepsie, New York 12601
Telephone: (845) 483-7100
Facsimile: (888) 749-7747

**EGGNATZ PASCUCCI, P.A.**
Joshua H. Eggnatz
*jeggnatz@justiceearned.com*
5400 South University Drive, Suite 417
Davie, Florida 33328
Telephone: (954) 889-3359

*Counsel for Plaintiff and the Proposed Class*

Date: May 9, 2019				**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: _/s/ Paul W. Garrity_
Paul W. Garrity
*pgarrity@sheppardmullin.com*
Shin Y. Hahn
*shahn@sheppardmullin.com*

2

30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

*Counsel for Defendant*

## **[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, **IT IS SO ORDERED.**

Date: _____   _____
                                              Honorable Charles J. Siragusa
                                              United States District Judge