## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NEW YORK

## ROCHESTER DIVISION

| | |
|---|---|
| AMY COMFORT, *on behalf of herself and others similarly situated*,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RICOLA USA, INC.,<br><br>　　　　　　　Defendant. | No. 6:19-cv-06089-CJS<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL CIVIL PROCEDURE RULE 41(a)(1)(A)(ii)** |

　　　　Pursuant to Federal Civil Procedure Rule 41(a)(1)(A)(ii), plaintiff Amy Comfort and defendant Ricola USA, Inc. hereby stipulate to dismissal of the above-captioned action with prejudice.

Date: January 20, 2021

So ordered.  Clerk  is  directed to close this matter.
January 21, 2021

*[signature: Charles J. Siragusa]*
CHARLES J. SIRAGUSA
United States District Judge

　　　　　　　　　　　　Respectfully submitted,

**REESE LLP**

By:  */s/ Michael R. Reese*
　　　Michael R. Reese
　　　*mreese@reesellp.com*
　　　100 West 93rd Street, 16th Floor
　　　New York, New York 10025
　　　Telephone: (212) 643-0500

*Counsel for Plaintiff*

Date: January 20, 2021

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By:  */s/ Sascha Henry*
　　　Sascha Henry
　　　*SHenry@sheppardmullin.com*
　　　333 South Hope Street, 43rd Floor
　　　Los Angeles, California 90071
　　　Telephone: (213) 617-5562

*Counsel for Defendant*